# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMY C. HUBER and RICHARD HUBER, Wife and Husband, | : Case No.: 3:22-cv-197 |
| Plaintiffs, | : |
| v. | : |
| LOWE'S HOME CENTERS, LLC, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

All parties to this action hereby stipulate to the dismissal of all claims with prejudice pursuant to Federal Rule of Civil Procedure 41. All parties shall bear their own costs and fees.

**SPENCE, CUSTER, SAYLOR, WOLFE & ROSE, LLC**

*/s/ Ronald P. Carnevali, Jr.*
Ronald P. Carnevali, Jr., Esquire
I.D. No. 47733
rcarnevali@spencecuster.com
Toby D. McIlwain, Esquire
I.D. No. 316074
tmcilwain@spencecuster.com

*Attorneys for Plaintiffs,*
*Amy C. and Richard Huber,*
*Wife and Husband*

1067 Menoher Boulevard
Johnstown, Pennsylvania 15905
(814) 536-0735 (telephone)
(814) 539-1423 (facsimile)

**MURPHY SANCHEZ**

<u>/s/David S. Cohen,</u>
David S. Cohen, Esquire
I.D. No. 62545
dcohen@murphysanchez.com

*Attorneys for Defendant,*
*Lowe's Home Centers, LLC*

100 Juniper Street, 3rd Floor
Philadelphia, Pennsylvania  19107
(267) 367-5503 (telephone)
(215) 799-9349 (facsimile)

DATED:  August 3, 2023

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 3rd day of August, 2023, a true and correct copy of the foregoing Stipulation of Dismissal was forwarded via first-class mail, postage pre-paid, to the following persons:

David S. Cohen, Esquire
Brian D. Boyle, Esquire
Murphy Sanchez, PLLC
100 Juniper Street, 3rd Floor
Philadelphia, Pennsylvania 19107

Theresa B. O'Brien, Esquire
Murphy Sanchez, PLLC
651 Holiday Drive
Plaza 5, Suite 400
Pittsburgh, Pennsylvania 15220
*Attorneys for Defendant,*
*Lowe's Home Centers, LLC*

SPENCE, CUSTER, SAYLOR, WOLFE & ROSE, LLC

_____
Ronald P. Carnevali, Jr., Esquire
I.D. No. 47733
rcarnevali@spencecuster.com
Toby D. McIlwain, Esquire
I.D. No. 316074
tmcilwain@spencecuster.com

*Attorneys for Plaintiffs,*
*Amy C. Huber and Richard Huber*

1067 Menoher Boulevard
Johnstown, Pennsylvania 15905
(814) 536-0735 (telephone)
(814) 539-1423 (facsimile)