# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMY C. HUBER and RICHARD HUBER, Wife and Husband, | : Case No.: 3:22-cv-197 |
| Plaintiffs, | : |
| v. | : |
| LOWE'S HOME CENTERS, LLC, | : |
| Defendant. | : |

## ORDER

AND NOW, this 4th day of August, 2023, it is hereby ordered and decreed that the above-captioned case is ended, settled and forever discontinued with prejudice with each party bearing its own costs and attorney's fees.

BY THE COURT:

_____
Kim R. Gibson, J.